**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| MICHELLE ZANDER, | * |
| Plaintiff, | * |
| v. | * Civil Action No. AW-09-2649 |
| UNITED STATES OF AMERICA, | * |
| Defendant. | * |

*****************************************************************************

**<u>ORDER</u>**

This case was filed against Defendant United States of America on October 8, 2009. The docket reflects that Plaintiff Zander has failed to serve the summons and complaint upon Defendant within 120 days of filing the Complaint. Therefore, IT IS this **<u>24th day of February 2010</u>**, by the United States District Court for the District of Maryland, hereby **ORDERED:**

1. That, within fourteen (14) days, Plaintiff **SHOW CAUSE** as to why this case should not be dismissed as to the above-named Defendant, without prejudice, pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8(a); AND

2. That the Clerk of the Court transmit a copy of this Order to all parties of record.

/s/
Alexander Williams, Jr.
United States District Court Judge