IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MICHELE ZANDER** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil No.  AW-09-2649 |
| | * | |
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **Defendant.** | * | |
| | ************ | |

## DEFENDANT'S MOTION TO DISMISS
## FOR FAILURE TO FILE WITHIN THE STATUTE OF REPOSE

Defendant United States of America, by and through undersigned counsel, hereby moves under Rule 12(b)(1) of the Federal Rules of Civil Procedure to dismiss Plaintiff's Complaint for lack of subject matter jurisdiction.  In the alternative, the United States moves to dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  The grounds for this Motion are set forth in the attached Memorandum of Law.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney


By:   /s/
Melanie L. Glickson
Assistant United States Attorney
Federal Bar No. 28484
36 South Charles Street
Fourth Floor
Baltimore, Maryland  21201

Telephone: (410) 209-4800
Fax: (410) 962-2310
Melanie.Glickson@usdoj.gov


OF COUNSEL:

Debra R. Coletti
Trial Attorney
U.S. Department of Justice
Torts Branch, Civil Division
P.O. Box 888, Benjamin Franklin Station
Washington, D.C.  20044
Telephone: (202) 616-4296
Fax: (202) 616-5200
Debra.Coletti@usdoj.gov