## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Michele Zander
_____

      **Plaintiff(s)**         \*

                           **Case No.:**  8:09-cv-02649-AW

        **vs.**          \*

United States of America
_____

      **Defendant(s)**

\*\*\*\*\*\*

## REQUEST FOR ENTRY OF APPEARANCE
## ON BEHALF OF A FEDERAL GOVERNMENT AGENCY*

Please enter my appearance in this case on behalf of Defendant United States of America

I have been admitted to practice law in the following jurisdictions (states or the District

of Columbia):

| STATE COURT | DATE OF ADMISSION |
|---|---|
| New York | 3/23/2006 |
| District of Columbia | 1/8/2007 |
| | |
| | |

I am a member in good standing of the bars of each of the jurisdictions listed above.

I understand that this entry of appearance is for this case only and does not constitute

formal admission to the bar of this Court.

I understand that I must register to use the electronic filing system and will be issued a

login and password for use in this case only.

> For Court Use:  Forward to Attorney Admissions

_____

*To be filed in paper format.

I understand that I must immediately notify the Court of any change in my address, phone number, and email address and that if I fail to do so, my appearance in this case will be terminated.

Respectfully submitted,

_Debra Coletti_
Signature

Debra R. Coletti
Printed Name

U.S. Department of Justice
Agency

P.O. Box 888, Benjamin Franklin Station
Address

Washington, DC  20044
City, State, Zip Code

202-616-4296
Phone Number

202-616-5200
Fax Number

Debra.Coletti@usdoj.gov
Email Address