**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

MICHELE ZANDER,                     *
                                    *
    Plaintiff,                      *
                                    *
    v.                              *     Civil Action No. AW-09-2649
                                    *
UNITED STATES OF AMERICA,           *
                                    *
    Defendant                       *
                                    *

**************************************************************************

## ORDER

    Pending before the Court is Plaintiff's Motion for Leave to File Surreply. (Doc. No. 21). Plaintiff has requested leave to file a surreply to Defendant's Motion to Dismiss based on its contention that Defendant relies heavily on the "deemed denied" provision of the FTCA and federal case law interpreting that section in its Reply brief.

    The Court will allow Plaintiff to file a surreply to the Defendant's Motion to Dismiss. Therefore, **IT IS on this 7th Day of January, 2011**, by United States District Court for the District of Maryland, hereby **ORDERED** that:

1. Plaintiff's Motion for Leave to File  Surreply is **GRANTED** (Doc. No. 21);

2. Plaintiff file a surreply to Defendant's Motion to Dismiss within **10 (ten) days** of the entry of this order, solely addressing the "deemed denied" provision of the FTCA; AND

3. The Clerk transmit a copy of this Order to all Counsel of Record.

                               _____/s/_____

                               Alexander Williams, Jr.
                               United States District Judge